# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
| Pauline Bauer | ) | Case No. |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Pauline Bauer                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     05/18/2021                                              *G. Michael Harvey*     Digitally signed by G. Michael Harvey
                                                                                                                  Date: 2021.05.18 17:26:58 -04'00'
                                                                                    *Issuing officer's signature*

City and state:          Washington, D.C.                            G. Michael Harvey, U.S. Magistrate Judge
                                                                                                *Printed name and title*

### Return

This warrant was received on *(date)* 05/18/21 , and the person was arrested on *(date)* 05/19/21
at *(city and state)* Kane, PA                                .

Date: 05/19/21                                                         *[signature]*
                                                                                            *Arresting officer's signature*

                                                                           Brent R. White  FBI Special Agent
                                                                                            *Printed name and title*